01-15-00198-CV

## Local Rule Notice of and Assignment
## of Related Case in Original Proceedings

[sample; file with petition in original proceeding]

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/4/2015 12:14:45 PM
CHRISTOPHER A. PRINE
Clerk

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

☑ None

☐ Caption: _____

Trial court
case number: _____

Appellate court
case number: _____


/s/ Tamika Harris
_____
[Signature of certifying attorney or pro se party]


March 4, 2015
_____
[Date]


**Note:** See Local Rules for the definitions of "underlying case," "related," and "previously filed."